# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| RONALD JOHNSTON | : | |
| Debtor | : | Bankruptcy No. 17-13157-mdc |

## PRAECIPE TO WITHDRAW MOTION FILED ON MARCH 15, 2018

Debtor, through Counsel, hereby seeks leave of this Honorable Court to withdraw the Motion to Vacate Order filed on March 15, 2018 and respectfully requests that said Motion be considered withdrawn as of the filing of this document.

Respectfully Submitted,

*/s/ Timothy P. Walsh*
**TIMOTHY P. WALSH, ESQUIRE**
**Attorney for Debtor**